UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OBSIDIAN CAPITAL SGR S.P.A., f/k/a Fenera and Partners SGR,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. and MEG SALES LLC,<br><br>Defendants. | Civil Action No.: 1:23-cv-07326-PKC<br><br>[PROPOSED] ORDER |

Upon consideration of the Stipulation Consenting to Deposit of Funds into the Registry of the Court, filed on _October 2, 2023_ by Plaintiff Obsidian Capital SGR S.P.A., f/k/a Fenera and Partners SGR ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A., seeking, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1, to deposit the sum of $1,010,000.00 into the registry of the Court in an interest bearing account; it is hereby

**ORDERED**, that pursuant to Local Civil Rule 67.1(b), by or before _October 10, 2023_, JP Morgan Chase Bank N.A. Defendant shall submit the sum of $1,010,000.00 (the "Deposit") to the Clerk of the Court, to be deposited into the Disputed Ownership Fund in an interest bearing account; and

**IT IS FURTHER ORDERED**, that the Clerk of the Court is directed to deduct from the income on the Deposit a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

Date: _10-3-23_

_____
Hon. P. Kevin Castel, U.S.D.J.