UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OBSIDIAN CAPITAL SGR S.P.A.,
f/k/a Fenera and Partners SGR

      Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A.
and MEG SALES LLC,

      Defendants.

Civil Action: No. 1:23-CV-07326-PKC

[~~PROPOSED~~] DEFAULT JUDGMENT

This action having been commenced on August 18, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant Meg Sales LLC, on August 21, 2023 by personally serving Arielle D. (refused last name), an Assistant Manager with Meg Sales' registered agent, Legalzoom.com, Inc., and a proof of service having been filed on August 25, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

  ORDERED, ADJUDGED, AND DECREED: That the plaintiff have a declaratory judgment against defendant in the liquidated amount of $1,010,000. *The Clerk shall terminate the motion (ECF 31) and close the action.*

Dated: New York, New York

*November 30, 2023*

_____
U.S.D.J.

This document was entered on the docket on _____.